CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
Winchester Campbell Properties, LLC

APPROVED
Judge Edward J. Davila
1/10/2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br>　v.<br><br>WINCHESTER CAMPBELL PROPERTIES, LLC, a California Limited Liability Company<br><br>　　　Defendants. | Case: 5:21-cv-01399-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 10, 2022          CENTER FOR DISABILITY ACCESS

                                             By: /s/Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff

Dated: January 10, 2022          LAW OFFICE OF RICK MORIN

                                             By: /s/Richard Morin
                                                 Richard Morin
                                                 Attorney for Defendant
                                                 Winchester Campbell Properties, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Winchester Campbell Properties, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 10, 2022          CENTER FOR DISABILITY ACCESS

                                             By: /s/Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff